ORIGINAL

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**CRB**

**CV 08 3510**

THE BOARD OF TRUSTEES (See Attachment A to Summons in a Civil Action)
         Plaintiff
         v.           )    Civil Action No.
JUAN MANUEL NUNEZ (See Attachment A to Summons in a Civil Action)
         Defendant

## Summons in a Civil Action

To: *(Defendant's name)* Juan Manuel Nunez, Individually, Juan Manuel Nunez, Individually and doing business as Acequia Cement, and Acequia Cement

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Barry E. Hinkle, Bar No. 071223      Phone: (510) 337-1001
Patricia A. Davis, Bar No. 179074
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD, A Professional Corporation
1001 Marina Village Parkway, Suite 200, Alameda, CA 94501-1091

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                             Richard W. Wieking
                                                             Name of clerk of court

Date: July 22, 2008

                                                             Deputy clerk's signature

                                                             **ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

**SEE ATTACHED PROOFS OF SERVICE.**

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attachment A to Summons in a Civil Action

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

      Plaintiffs,

  v.

.JUAN MANUEL NUNEZ, Individually, JUAN MANUEL NUNEZ, Individually and doing business as ACEQUIA CEMENT, and ACEQUIA CEMENT,

      Defendants.

**Attachment A to Summons in a Civil Action**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034841-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. NUNEZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3510 CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Consenting To A Magistrate Judge's Jurisdiction; Welcome to the U.S. District Court, San Francisco;

Name: ACEQUIA CEMENT

Date of Delivery: August 7, 2008    HDATE:
Time of Delivery: 09:14 pm

Place of Service: 1992 GENTLE CREEK DRIVE
                  FAIRFIELD, CA 94534                    **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 79.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . SOLANO . . . . . . County,
Number: . . . . . . 184 . . . . . . . . . . . .
Expiration Date:
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034841-03

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . August 15, 2008 . . . . . . ,
at: . . . . . . . . San Francisco . . . . , California.

Signature: _____
Name: SAM LOWE
Title:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034841-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. NUNEZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3510 CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Consenting To A Magistrate Judge's Jurisdiction; Welcome to the U.S. District Court, San Francisco;

Name: JUAN MANUEL NUNEZ, Individually

Date of Delivery: August 7, 2008    HDATE:
Time of Delivery: 09:14 pm

Place of Service: 1992 GENTLE CREEK DRIVE
FAIRFIELD, CA 94534                              **(Business)**

Manner of Service:   **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 79.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . SOLANO . . . . . . . County,
Number: . . . . . . . . 184
Expiration Date:
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034841-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . August 15, 2008 . . . . . . . ,
at: . . . . . . . . . San Francisco . . . , California.

Signature: _____
Name: SAM LOWE
Title:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034841-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. NUNEZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3510 CRB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Consenting To A Magistrate Judge's Jurisdiction; Welcome to the U.S. District Court, San Francisco;

Name: JUAN MANUEL NUNEZ, Individually and doing business as ACEQUIA CEMENT

Date of Delivery: August 7, 2008    HDATE:
Time of Delivery: 09:14 pm

Place of Service: 1992 GENTLE CREEK DRIVE
FAIRFIELD, CA 94534                          **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 79.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . SOLANO . . . . . . . County,
Number: . . . . . 184
Expiration Date:
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266

302/00034841-02

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . August 15, 2008 . . . . . . . ,
at: . . . . . . . . San Francisco . . . . , California.

Signature: _____
Name: SAM LOWE
Title: