**Randy M. Andrus, Esq. (116745)**
**ANDRUS & ASSOCIATES**
620 Coolidge Drive, Suite 165
Folsom, California 95630-3183
Telephone: (916) 608-9090

Attorneys for Defendants
**JUAN MANUEL NUNEZ,** individually,
**JUAN MANUEL NUNEZ**, individually and
doing business as **ACEQUIA CEMENT**, and
**ACEQUIA CEMENT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BOARD OF TRUSTEES,** in their capacities as Trustees of the **LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA;** and **LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**JUAN MANUEL NUNEZ,** individually, **JUAN MANUEL NUNEZ**, individually and doing business as **ACEQUIA CEMENT**, and **ACEQUIA CEMENT**<br><br>                    Defendants. | CASE NO.:   CV 08 3510 CRB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>[*FRCP*, Rules 12(b)(3), (6), 12(e)]<br><br>DATE:  November 7, 2008<br>TIME:  10:00 a.m.<br>CTRM:  8, 19th Floor<br>JUDGE:  Hon. Judge Charles R. Breyer |

**MOVING PARTY:**       **DEFENDANTS, JUAN MANUEL NUNEZ** and **ACEQUIA CEMENT**

1

---

**NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS HEREIN:**

**PLEASE TAKE NOTICE** that on Friday, November 7, 2008 at 10:00 a.m. in Courtroom 8 on the 19th Floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendants, **JUAN MANUEL NUNEZ** and **ACEQUIA CEMENT**, will, and do hereby, move the Court, including as follows:

**1.** That Plaintiffs' Complaint be dismissed for improper venue [*FRCP*, Rule 12(b)(3)];

**2.** That Plaintiffs' Complaint be dismissed for failure to state a claim upon which relief can be granted [*FRCP*, Rule 12(b)(6)]; or,

**3.** That Plaintiffs be ordered to provide a more definite statement [*FRCP*, Rule 12(e)].

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support hereof; the Declaration of Randy M. Andrus; the Exhibits; the pleadings, papers and records on file herein; and any other oral and documentary evidence as may be necessary or as may be presented at the time of the hearing of the motion.

Pursuant to Local Rule, the court will or may make a tentative ruling on the merits of this matter, which may be available on the Court's internet website. The Court's Local Rules may dictate that the tentative ruling is the final ruling, particularly if a request is not made for oral argument with notice to all parties.

**DATED:** August 27, 2008   **ANDRUS & ASSOCIATES**
BY:   /s/
**RANDY M. ANDRUS**
Attorneys for Defendants
**JUAN MANUEL NUNEZ,** individually,
**JUAN MANUEL NUNEZ**, individually and
doing business as **ACEQUIA CEMENT**, and
**ACEQUIA CEMENT**

**NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

**Randy M. Andrus, Esq. (116745)**
**ANDRUS & ASSOCIATES**
620 Coolidge Drive, Suite 165
Folsom, California 95630-3183
Telephone: (916) 608-9090

Attorneys for Defendants
**JUAN MANUEL NUNEZ,** individually,
**JUAN MANUEL NUNEZ**, individually and
doing business as **ACEQUIA CEMENT**, and
**ACEQUIA CEMENT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BOARD OF TRUSTEES,** in their capacities as Trustees of the **LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA;** and **LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**JUAN MANUEL NUNEZ,** individually, **JUAN MANUEL NUNEZ**, individually and doing business as **ACEQUIA CEMENT**, and **ACEQUIA CEMENT**<br><br>Defendants. | **CASE NO.: CV 08 3510 CRB**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>[*FRCP*, Rules 12(b)(3), (6), 12(e)]<br><br>DATE:  November 7, 2008<br>TIME:  10:00 a.m.<br>CTRM:  8, 19th Floor<br>JUDGE:  Hon. Judge Charles R. Breyer |

**MOVING PARTY:**   DEFENDANTS, JUAN MANUEL NUNEZ and ACEQUIA CEMENT

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

# I

# INTRODUCTION

Defendants, **JUAN MANUEL NUNEZ** and **ACEQUIA CEMENT**, hereby respectfully submit this Memorandum of Points and Authorities in Support of his Motion To Dismiss For Improper Venue, Failure To State A Claim Upon Which Relief Can Be Granted, Or, Motion For A More Definite Statement. Defendants request that this Motion be granted and the action be dismissed.

# II

# LEGAL ARGUMENT

## 1. PLAINTIFFS' COMPLAINT MUST BE DISMISSED BASED ON IMPROPER VENUE [FRCP, RULE 12(b)(3)]

Pursuant to 28 U.S.C. §§ 1391(a), 1404(a), 1406(a) and 1412, as well as *Federal Rules of Civil Procedure*, Rule 12(b)(3), Defendants move for dismissal of this action based upon improper venue. Alternatively, Defendants request that this action be transferred to the United States District Court for the Eastern District of California.

On July 22, 2008, Plaintiffs filed their Complaint herein. Attached to the Complaint as Exhibit B is a document which purports to be signed by Defendants with the address of 1992 Gentle Creek, Suisun, California 94534, which is in the County of Solano, State of California. Defendants reside in the County of Solano, State of California.

Given the fact that Solano County is in the Eastern District of California, Plaintiffs' Complaint herein has been brought in the wrong and improper venue. Consequently, Defendants request that this action be dismissed based on the wrong and improper venue, or,

---
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

alternatively, be transferred to the Eastern District.

## 2. PLAINTIFFS' COMPLAINT MUST BE DISMISSED FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP, RULE 12(b)(6)]

Even if Plaintiffs were to have properly brought this action, their Complaint must be dismissed pursuant to *FRCP*, Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

In the unverified Complaint, Plaintiffs allege three claims, entitled: (1) breach of contract, (2) actual damages for breach of contract, and (3) damages and equitable relief for breach of fiduciary duty. Within the Complaint, Plaintiffs refer to a written "Trust Agreement", "written collective bargaining agreement, or "Master Agreement" (page 2, lines 9-10, 24-25, page 3, lines 2-3). Plaintiffs allege that these agreement(s) are attached as Exhibit A; however the Complaint that was served had no such attachments, if any (see accompanying Declaration of Randy M. Andrus hereto).

Accordingly, this Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted *must* be granted.

## 3. ALTERNATIVELY, PLAINTIFFS MUST BE ORDERED TO PROVIDE A MORE DEFINITE STATEMENT [FRCP, RULE 12(e)]

For the same reasons set forth above, in the alternative, Defendants' Motion For A More Definite Statement must be granted. Accordingly, in the alternative, Defendant requests this Motion be granted.

---
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

# III

# CONCLUSION

For all the foregoing reasons, Defendants, **JUAN MANUEL NUNEZ** and **ACEQUIA CEMENT**, hereby respectfully request that this Motion be granted and the action be dismissed.

**DATED:** June 27, 2008                           **ANDRUS & ASSOCIATES**


                                                   BY:    /s/
                                                   **RANDY M. ANDRUS**
                                                   Attorneys for Defendants
                                                   **JUAN MANUEL NUNEZ,** individually,
                                                   **JUAN MANUEL NUNEZ**, individually and
                                                   doing business as **ACEQUIA CEMENT**, and
                                                   **ACEQUIA CEMENT**

4

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT

**Randy M. Andrus, Esq. (116745)**
**ANDRUS & ASSOCIATES**
620 Coolidge Drive, Suite 165
Folsom, California 95630-3183
Telephone:  (916) 608-9090

Attorneys for Defendants
**JUAN MANUEL NUNEZ,** individually,
**JUAN MANUEL NUNEZ**, individually and doing business as **ACEQUIA CEMENT**, and
**ACEQUIA CEMENT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BOARD OF TRUSTEES,** in their capacities as Trustees of the **LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA;** and **LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,**<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**JUAN MANUEL NUNEZ,** individually **JUAN MANUEL NUNEZ**, individually and doing business as **ACEQUIA CEMENT**, and **ACEQUIA CEMENT**<br><br>　　　　　Defendants. | CASE NO.:   CV 08 3510 CRB<br><br>**DECLARATION OF RANDY M. ANDRUS IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A <u>MORE DEFINITE STATEMENT</u>**<br>[*FRCP*, Rules 12(b)(6), 12(e)]<br><br>DATE:   November 7, 2008<br>TIME:   10:00 a.m.<br>CTRM:   8, 19th Floor<br>JUDGE:   Hon. Judge Charles R. Breyer |

**MOVING PARTY:**　　　**DEFENDANTS, JUAN MANUEL NUNEZ** and **ACEQUIA CEMENT**

1

---

**DECLARATION OF RANDY M. ANDRUS IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO OTHERWISE STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTIN FOR A MORE DEFINITE STATEMENT**

I, **RANDY ANDRUS**, state and declare:

**1.** I am the attorney for Defendants, **JUAN MANUEL NUNEZ** and **ACEQUIA CEMENT** to the within action. As to the facts stated above, the same are true and correct to the best of my own personal knowledge. If sworn as a witness thereto, I could and would truthfully and competently testify thereto. Submitted herewith and in support of said Motion, are true and correct copies of what the Exhibit purports to be.

**2.** I submit that good cause exists for the issuance of an Order granting this Motion to Dismiss.

**3.** **EXHIBIT A** hereto is a copy of what was served and provided to me on behalf of my clients. I note that within the Complaint there are references to various "agreements", including an Exhibit A; however, no Exhibit A was provided.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on August 27, 2008 at Folsom, California.

                              /s/
                             **RANDY M. ANDRUS**

2

**DECLARATION OF RANDY M. ANDRUS IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO OTHERWISE STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTIN FOR A MORE DEFINITE STATEMENT**

```
 1  BARRY E. HINKLE, Bar No. 071223
    PATRICIA A. DAVIS, Bar No. 179074
 2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
 3  A Professional Corporation
    1001 Marina Village Parkway, Suite 200
 4  Alameda, CA  94501-1091
    Telephone (510) 337-1001
 5  Facsimile  (510) 337-1023

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08  3510  CRB

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> JUAN MANUEL NUNEZ, Individually, JUAN MANUEL NUNEZ, Individually and doing business as ACEQUIA CEMENT, and ACEQUIA CEMENT, <br><br> Defendants. | No. <br><br> COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND BREACH OF FIDUCIARY DUTY (ERISA 29 U.S.C. §1001, et seq., 29 U.S.C. §185) |

Plaintiffs complain of Defendants, and for cause of action allege:

### JURISDICTION AND INTRADISTRICT ASSIGNMENT

I.

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the Labor Management Relations Act (LMRA) (29 U.S.C. § 185). Venue properly lies in this district court

since contributions are due and payable in the County of San Francisco. Therefore, intradistrict venue is proper.

## PARTIES

II.

At all times material herein, Plaintiffs The Board Of Trustees were Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training And Retraining Trust Fund For Northern California. At all times material herein, each of the above-named Trust Funds was, and now is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132). Each of the above-named Trust Funds is administered by a Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements. All of the above named Trust Funds and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs".

III.

At all times material herein, Juan Manuel Nunez, individually, Juan Manuel Nunez, individually and doing business as Acequia Cement, and Acequia Cement (hereinafter referred to as "Defendants"), have been employers within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and employers in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

IV.

At all relevant times, Defendants were signatory and bound to a written collective bargaining agreement with the Northern California District Council of Laborers (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185). Defendants became subject to all the terms and conditions of the Laborers Master Agreement (hereinafter "Master Agreement" or "Agreement") by virtue of

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND BREACH OF FIDUCIARY DUTY

signing a Memorandum of Agreement (hereinafter "Memorandum Agreement") with the Union, which incorporated by reference the Master Agreement. A true and correct copy of said Master Agreement is attached hereto as Exhibit "A" and a true and correct copy of the Memorandum Agreement is attached hereto as Exhibit "B", both of which are incorporated by reference herein. The Master Agreement by its terms incorporates the various Trust Agreements establishing each of the Trust Funds. By said Master Agreement, Defendants promised that it would contribute and pay to Plaintiffs the hourly amounts required by said Agreements for each hour paid for or worked by any of its employees who performed any work covered by said Agreements, and that it would be subject to and bound by all of the terms, provisions, and conditions of the Trust Agreements as incorporated by the terms of the Master Agreement.

V.

The above-mentioned Agreements provide for prompt payment of all employer contributions to the various Trust Funds and provide for the payment of interest on all delinquent contributions, attorneys' fees, and other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the applicable labor agreements and law.

### FIRST CLAIM FOR RELIEF
### (BREACH OF CONTRACT)

VI.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

VII.

Pursuant to the Master Agreement and the Trust Agreements, an audit of the books and records of Defendants for the period of January 2005 to December 2006 was conducted, which revealed that fringe benefit contributions to the Trust Funds have not been submitted as required by said agreements.

VIII.

Demand has been made of Defendants for payment of the amounts determined to be due and owing pursuant to the audit, and Defendants have refused to pay such amounts and there is

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND BREACH OF FIDUCIARY DUTY

1   now due, owing and unpaid to Plaintiff Trust Funds from Defendants, fringe benefits contributions
2   in the amount of $96,929.23.

                                    IX.

4   Plaintiffs are the intended third-party beneficiaries of the Agreement, but Trust Fund
5   contribution delinquencies are excluded from the arbitration provisions of the Agreement.

                                    X.

7   Plaintiffs have complied with all conditions on their part to be performed under the terms of
8   the applicable agreements.

                                    XI.

10  Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses
11  incurred in connection with this matter due to Defendants' failure and refusal to pay all fringe
12  benefit contributions due and owing pursuant to the terms of the applicable Labor Agreements,
13  Trust Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2).

### SECOND CLAIM FOR RELIEF
### (ACTUAL DAMAGES FOR BREACH OF CONTRACT)

                                    XII.

16  Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

                                    XIII.

18  Plaintiffs have conducted a study to ascertain the costs of collections for delinquent
19  contributions and have found it to be approximately twelve percent (12%) of the contributions
20  collected by the Trust Funds.

                                    XIV.

22  Defendants have failed, neglected and refused to make timely fringe benefit contributions
23  as required by the applicable Master Agreement and Trust Agreements, and has caused Plaintiffs
24  actual damages to be proven at the time of trial, and which are estimated to be $96,929.23.

### THIRD CLAIM FOR RELIEF
### (DAMAGES AND EQUITABLE RELIEF FOR BREACH OF FIDUCIARY DUTY)

                                    XV.

28  Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 4 -
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND BREACH OF FIDUCIARY DUTY

## XVI.

Defendants have failed, neglected or refused to make timely fringe benefit contributions to the Trust Funds as required by the applicable collective bargaining agreements and Trust Agreements.

## XVII.

Defendants' neglect or refusal to make timely fringe benefit contributions and reports pursuant to the terms of the above-mentioned Agreements constitutes a violation of ERISA section 515 (29 U.S.C. § 1145).

## XVIII.

Defendants, in agreeing to the terms and conditions of the aforementioned Trust Agreements, assumed a fiduciary duty to Plaintiffs, which required Defendants to submit timely and accurate reports of hours worked or amounts due, together with payments to Trust Funds. Defendants exercised control over any contributions due, which are assets of Trust Funds, and Defendants were fiduciary as defined by ERISA section 3(21) (29 U.S.C. § 1002(21).

## XIX.

The actions of Defendants complained of herein constitute a violation of fiduciary duties as defined by ERISA, 29 U.S.C. §§ 1001, et seq.

## XX.

Unless enjoined by this Court, Defendants will continue to fail, neglect, or refuse to remit appropriate fringe benefit contributions to the Trust Funds and thereby cause Plaintiffs irreparable harm for which there exists no adequate remedy at law.

**WHEREFORE**, Plaintiffs pray judgment against Defendants, Juan Manuel Nunez, individually, Juan Manuel Nunez, individually and doing business as Acequia Cement, and Acequia Cement, as follows:

1. That Defendants be ordered to pay contributions in the amount of $96,929.23, plus interest thereon;

2. That Defendants be ordered to pay actual damages in the amount of

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 5 -
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND BREACH OF FIDUCIARY DUTY

1 | $11,631.51;

2 | 3. That this Court issue an Order directing and permanently enjoining Defendants to submit to the Trust Funds, all reports and contributions due and owing by Defendants, plus interest, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

4. That this Court issue an Order permanently enjoining Defendants for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

5. That Defendants be ordered to pay attorney's fees;

6. That Defendants be ordered to pay costs of suit herein; and

7. That this Court grant such further relief as this Court deems just and proper.

8. That this Court retain jurisdiction of this matter to enforce the Order compelling an Audit and payment of all amount found due and owing.

Dated: July 16, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiffs

119045/499848

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 6 -

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND BREACH OF FIDUCIARY DUTY

Dated: This .....2nd..... day of ..FEBRUARY, 2004
Effective: This .....2nd..... day of ..FEBRUARY, 2004

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

By ........................................
   José A. Moreno, Business Manager

LOCAL UNION NO .....304................

By ..FERNANDO ESTRADA, FIELD REP..
              Title

...ACEQUIA CEMENT......................
(Name of individual employer and/or Association)

...JUAN M. NUNEZ.......................
(Signature of individual employer or Authorized Representative)

By ..OWNER...............................
              Title

Contractor's License No .......790888.......

Address ..1992 GENTLE CREEK............

City & State ..SUISUN, CA...... Zip 94534....

Telephone Number & Area Code .(707) 864-1391

Trust Fund Copy

This Agreement shall remain in full force and effect until June 30, 2006, and shall continue thereafter for the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement which may be negotiated between the parties thereto unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel not more than ninety (90) days nor less than sixty (60) days prior to June 30, 2006, or June 30th of any year in which the Master Agreement may terminate.

38015-CO
B-20
0127AG



RECEIVED
FEB 03 2004
NO. CA. DISTRICT
COUNCIL OF LABORERS

EXHIBIT B

**Randy M. Andrus, Esq. (116745)**
**ANDRUS & ASSOCIATES**
620 Coolidge Drive, Suite 165
Folsom, California 95630-3183
Telephone: (916) 608-9090

Attorneys for Defendants
**JUAN MANUEL NUNEZ,** individually,
**JUAN MANUEL NUNEZ**, individually and
doing business as **ACEQUIA CEMENT**, and
**ACEQUIA CEMENT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BOARD OF TRUSTEES,** in their capacities as Trustees of the **LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA;** and **LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,**<br><br>        Plaintiffs,<br><br>v.<br><br>**JUAN MANUEL NUNEZ,** individually, **JUAN MANUEL NUNEZ**, individually and doing business as **ACEQUIA CEMENT**, and **ACEQUIA CEMENT**<br><br>        Defendants. | CASE NO.:   CV 08 3510 CRB<br><br>**[PROPOSED] ORDER RE MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>[*FRCP*, Rules 12(b)(3), (6), 12(e)]<br><br>DATE: November 7, 2008<br>TIME: 10:00 a.m.<br>CTRM: 8, 19th Floor<br>JUDGE: Hon. Judge Charles R. Breyer |

**MOVING PARTY:**   DEFENDANTS, JUAN MANUEL NUNEZ and ACEQUIA CEMENT

Page 1

**[PROPOSED] ORDER RE MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

Defendants', **JUAN MANUEL NUNEZ** and **ACEQUIA CEMENT**, Motion To Dismiss For Improper Venue, Failure To State A Claim Upon Which Relief Can Be Granted, Or, Motion For A More Definite Statement came on regularly for hearing before the Court on November 7, 2008, in Courtroom 8, the Honorable Judge Charles R. Breyer, judge presiding.

The Court having duly reviewed and considered the moving and any opposing papers, together with those papers contained in the Court's file, and for good cause appearing, rules and orders as follows:

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED** as follows:

Defendants' Motion To Dismiss For Improper Venue, Failure To State A Claim Upon Which Relief Can Be Granted, Or, Motion For A More Definite Statement is **GRANTED** [*FRCP*, Rules 12(b)(3), (6), 12(e)].

**IT IS SO ORDERED.**

**DATED:**

_____
**JUDGE, UNITED STATES DISTRICT COURT**

**[PROPOSED] ORDER RE MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

**Randy M. Andrus, Esq. (116745)**
**ANDRUS & ASSOCIATES**
620 Coolidge Drive, Suite 165
Folsom, California 95630-3183
Telephone: (916) 608-9090

Attorneys for Defendants
**JUAN MANUEL NUNEZ,** Individually,
**JUAN MANUEL NUNEZ**, individually and
doing business as **ACEQUIA CEMENT**, and
**ACEQUIA CEMENT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BOARD OF TRUSTEES,** in their capacities as Trustees of the **LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA;** and **LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,**<br><br>    Plaintiffs,<br><br>v.<br><br>**JUAN MANUEL NUNEZ,** individually, **JUAN MANUEL NUNEZ**, individually and doing business as **ACEQUIA CEMENT**, and **ACEQUIA CEMENT**<br><br>    Defendants. | CASE NO.:  CV 08 3510 CRB<br><br>**PROOF OF SERVICE**<br><br><br>DATE:  November 7, 2008<br>TIME:  10:00 a.m.<br>CTRM:  8, 19th Floor<br>JUDGE:  Hon. Judge Charles R. Breyer |

**PROOF OF SERVICE**

# PROOF OF SERVICE

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within cause; my address is 620 Coolidge Drive, Suite 165, Folsom, California 95630.

On August 27, 2008, I served the following:

- **NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

- **DECLARATION OF RANDY M. ANDRUS IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

- **[PROPOSED] ORDER RE MOTION TO DISMISS FOR IMPROPER VENUE, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, MOTION FOR A MORE DEFINITE STATEMENT**

by delivering as noted below:

__XX__   MAIL, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail, at Folsom, California.

_____   FACSIMILE TRANSMISSION

_____   HAND DELIVERED

_____   OVERNIGHT EXPRESS DELIVERY (via Federal Express)

addressed as follows:

**Barry E. Hinkle, Esq.**
**Patricia A. Davis, Esq.**
**Concepcion E. Lozano-Batista, Esq.**
**WEINBERG, ROGER & ROSENFELD**

1 | **A Professional Corporation**
2 | **1001 Marina Village Parkway, Suite 200**
  | **Alameda, CA 94501-1091**
3 | **Telephone: (510) 337-1001**
  | **Facsimile:  (510) 337-1023**
4 |
5 |     I declare under penalty of perjury that this declaration is true and correct, and was executed on August 27, 2008, at Folsom, California.

                                          /s/
                                      **RANDY M. ANDRUS**

**PROOF OF SERVICE**