IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>    Plaintiffs,<br><br>  v.<br><br>JUAN MANUEL NUNEZ, individually and doing business as ACEQUIA CEMENT, and ACEQUIA CEMENT<br><br>    Defendants. | No. C 08-03510 CRB<br><br>**ORDER** |

Now pending before the Court is defendants' motion to dismiss for improper venue. Both parties are ordered to submit declarations to the Court on or before November 3, 2008 supporting or opposing transfer to the Eastern District of California under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated: October 24, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3510\Order re Venue.wpd